UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 96-1902

———————

HANS ALEXANDER LAWRENCE, by his parents and
next friends, Trude and Dale Lawrence; TRUDE
LAWRENCE; DALE LAWRENCE,

                                    Plaintiffs - Appellants,

        versus


MONTGOMERY COUNTY PUBLIC SCHOOLS; PAUL L.
VANCE, Doctor, officially; MARY HELEN SMITH,
Doctor, officially; RAYMOND W. BRYANT, Doctor,
officially,

                                    Defendants - Appellees.



———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  J. Frederick Motz, Chief District Judge.
(CA-96-330-JFM)

———————

Submitted:  April 15, 1997          Decided:  May 29, 1997

———————

Before WIDENER, MURNAGHAN, and WILKINS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Dale Lawrence, Appellant Pro Se.  Zvi Greismann, Assistant Attorney
General, Rockville, Maryland; Phillip Tyson Bennett, REESE &
CARNEY, Annapolis, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order granting Defendants' motion to dismiss for failing to state a claim upon which relief could be granted and dismissing Appellants' action pursuant to the civil remedies provisions of the Individuals with Disabilities Education Act, 20 U.S.C.A. § 1415(e)(4)(B) (West Supp. 1996). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Lawrence v. Montgomery County Pub. Schools, No. CA-96-330-JFM (D. Md. May 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED